In the Matter of the Application of the City of New York to Acquire Certain Real Estate in the Towns of Carmel and Southeast, etc. Croton Falls Dam and Reservoir (Reservoir K). Jungst Claim.— Order affirmed on reargument, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas and Carr, JJ., concurred; Burr and Stapleton, JJ., dissented.

In the Matter of the Probate of the Last Will and Testament and Codicil of William H. Clark, Deceased. Caroline F. Lester and Others, Appellants; Seth C. Clark, Individually and as Executor, etc., Respondent.— Decree of the Surrogate's Court of Kings county in so far as appealed from affirmed, with costs to the respondent. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Sol Marks, Deceased. Jacob Marks and Others, Appellants; Lillian Marks, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs to respondent. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Application of Katie Volk and Mary Ziegenbein, Appellants, for the Appointment of a Committee of the Person and Property of Catherine Dresch, an Alleged Incompetent Person, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

William P. Katz, Respondent, v. Michael Matus, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Dora Lattey, Respondent, v. Corse Payton Amusement Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

S. Liebmann's Sons Brewing Company, Respondent, v. Brooklyn and Manhattan Ferry Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Hannah S. Longworth, Respondent, v. William H. Longworth, Defendant, Impleaded with Mary A. Longworth, Appellant.— Judgment reversed on reargument, without costs, upon questions of law and fact, and complaint dismissed. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred. Order to be settled before Mr. Justice Thomas.

Michael J. Lyden, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Leonora Maslanka, as Administratrix, etc., of Joseph Maslanka, Deceased, Respondent, v. The American Manufacturing Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error in the charge of the learned trial court at folio 128 of the case on appeal respecting contributory negligence on the part